**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF NORTH CAROLINA**
**SOUTHERN DIVISION**
**NO. 7:23-cv-01429-M-BM**

| | | |
|---|---|---|
| JOHN MCPARTLAND,<br><br>Plaintiff,<br><br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE** |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), John McPartland, through undersigned counsel, having reached a settlement of his/her claims against the Defendant United States of America, stipulates as follows:

1. All claims asserted against Defendant United States of America in this action should be and hereby are dismissed with prejudice.
2. This Stipulation of Voluntary Dismissal with Prejudice shall not constitute agreement on the part of Plaintiff's counsel that Camp Lejeune Justice Act settlements must be made pursuant to 28 U.S.C. § 2677 or that 28 U.S.C. § 2677 generally applies to Camp Lejeune Justice Act cases.

Dated: July 17, 2025

Respectfully Submitted

APPROVED BY:
U.S. DEPARTMENT OF JUSTICE

JONATHAN GUYNN
Deputy Assistant Attorney General
Torts Branch, Civil Division

J. PATRICK GLYNN
Director, Torts Branch
Environmental Torts Litigation Section

BRIDGET BAILEY LIPSCOMB
Chief, Camp Lejeune Unit
Torts Branch, Civil Division

*/s/ Adam Bain*
ADAM BAIN
Special Litigation Counsel
Environmental Torts Litigation Section
U.S. Department of Justice
P.O. Box 340, Ben Franklin Station
Washington, D.C. 20044
E-mail: adam.bain@usdoj.gov
Telephone: (202) 616-4209

LACRESHA A. JOHNSON
ERICK MARQUINA
Trial Attorneys, Torts Branch
Environmental Torts Litigation Section
*Counsel for Defendant United States of America*

*/s/ Zina Bash*
Zina Bash
KELLER POSTMAN LLC
111 Congress Avenue, Suite 500
Austin, TX 78701
Telephone: (512) 620-8375
zina.bash@kellerpostman.com
Texas State Bar No. 24067505
*Admitted Pro Hac Vice*
Lead Counsel for Plaintiff

*/s/ Frederick Messner*
Frederick Messner
KELLER POSTMAN LLC
1101 Connecticut Ave NW, Suite 1100
Washington, D.C. 20036
Telephone: (202) 742-5402
Fred.messner@kellerpostman.com
North Carolina Bar No. 60309
Lead Counsel for Plaintiff

*/s/ W. Michael Dowling*
W. Michael Dowling
THE DOWLING FIRM PLLC
Post Office Box 27843
Raleigh, North Carolina 27611
Telephone: (919) 529-3351
Fax: (919) 529-3351
mike@dowlingfirm.com
State Bar No. 42790
LR 83.1(d) Counsel for Plaintiff (in association with Keller Postman LLC)

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2025, the foregoing document was filed via the Court's CM/ECF system and a copy thereof was served electronically upon all counsel of record, as reflected by the Court's CM/ECF system.

/s/ Frederick Messner
Frederick Messner